**Charles Raymond DIETZ, Sr., Plaintiff–Appellant,**

**v.**

**UNITED STATES of America, Defendant–Appellee.**

**No. 01–1314.**

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided June 28, 2001.

Charles Raymond Dietz, Sr., pro se.

Ann Belanger Durney, Tamara Wenda Ashford, United States Department of Justice, Washington, DC, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Charles R. Dietz, Sr., appeals the district court's order granting summary judgment for the Government in this action under the Freedom of Information Act, 5 U.S.C.A. § 552 (West 1996 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Dietz v. United States,* No. CA–00–3440–S (D.Md. Feb. 15, 2001). We deny Dietz's motion for a declaratory judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*